IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Russell Geissler #349604
Plaintiff

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Bryan P. Sterling, Director of Operations S.C.D.C.
Lefford Fate, Director of Medical S.C.D.C.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☒ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Russell Geusler #349604

All other names by which you have been known:

ID Number: #349604
Current Institution: McCormick Inst.
Address: 386 Redemption Way
McCormick S.C. 29899

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Bryan P. Sterling
Job or Title (if known): Director of Operations S.C.D.C.
Shield Number:
Employer: State of South Carolina
Address: 4444 Broad River Rd.
Columbia S.C. 29810

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name: Lefford Fate

2

Job or Title (if known): Director of Medical for S.C.D.C.
Shield Number:
Employer: South Carolina Dept. Corr. Inst.
Address: 4444 Broad River Rd. Columbia S.C.

☑ Individual capacity    ☑ Official capacity

Defendant No. 3

Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

☐ Individual capacity    ☐ Official capacity

Defendant No. 4

Name:
Job or Title (if known):
Shield Number:
Employer:
Address:

☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A. Are you bringing suit against *(check all that apply)*:

- ☐ Federal officials (a *Bivens* claim)
- ☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendments # 5 Deprivation of Life Liberty & property 8th Cruel and Unusual Punishment 14th Due Process and Equal Protection violations and the abridgement of privileges and Immunities of a U.S. Citizen.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

_____
_____
_____

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Defendants are at all times an Employee of the South Carolina Dept. of Corrections

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee

4

- [✓] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

These Allegation happened & Continue to happen at Every Inst I've been placed while Incarcerated in the South Carolina Dept of Corr.

C. What date and approximate time did the events giving rise to your claim(s) occur?

The were Confirmed on 1-16-14 yet belive to have begun on 2-2-13 please see Exhibit D and A Respectfully

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was diagnoised Hepatitise C positive on 1-16-14 and as of this suit have been Continuously denied any type of treatment, Every Medical Nurse and or Doctor

5

I've seen knows of this claim in Allendale Kershaw Ridgeland Gilliam Psyc. Hospital Evans Broad River and McCormick Corr Inst. Policy #19.09 denies treatment to people who are not in a death state or massive deterioration

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been slowly getting sicker (even if unable to tell) do to the disease, Hep C, and how it eats away the liver. The treat I need is HARVONI, a pill that will cure this disease in as little as 6 months time. Agin the Medical Director and Bryan P. Stealing have made and or Inforced a policy HS. 19.09 that denies prisoners like myself any type of lifesaving treatment, HARVONI, untill we've deteriorated to a state of Emergency

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

(1) I want to have permanent injunction changing policy HS. 19.09 and treatment provided to All Hep C patients (2) I want a temporary injunction to begin treatment on my Hep C issues by SCDC. (3) I want Nominal awards of $500 (4) Punative Damage Awards of $250,000 for there negligance and disregaurd to human life (5) I want $350,000 for my health cases they've let detiriorate for over 3½yrs. Compensantory and All legal debt accumulated

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

6

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

They begun at Allendel Corr. Inst. (See exhibit A) and Continue today

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?
All of them

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance? to Lefford Fate
   I filed Informal ~~[struck out]~~
   I filed Step 1 Grievance to Dennis Bush
   I filed Step 2 to Columbia (No Reply yet)

2. What did you claim in your grievance?
   The deprivation of life
   Cruel Unussual punishment
   Failure to treat Hep C patients equal
   and the illegal actions of Not treating Me

3. What was the result, if any?
   Denied on Informal & Step 1
   Theres been No Reply to Step 2 they
   told me its still in Review; over 4 mnths
   ago I filed.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*
   No! Its Not finished because they arnt
   Replying yet, yes its finished due to time
   restraints they failed to Abide by

8

F.  If you did not file a grievance:

  1. If there are any reasons why you did not file a grievance, state them here:

  _____
  _____
  _____
  _____

  2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

  _____
  _____
  _____
  _____

G.  Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Policy HS. 18.15 levels of CARE states:
Inmates will recive Medically Nesacarry care throughout their periode of incarcaration untill they Release. Medically Nesacary includes treatment ment needed to

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☑ No

9

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes
☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

    Plaintiff(s) _____

    Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

    _____

3.  Docket or index number

    _____

4.  Name of Judge assigned to your case

    _____

5.  Approximate date of filing lawsuit

    _____

6.  Is the case still pending?

    ☐ Yes
    ☐ No

    If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____
   _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

   ☑ Yes

   ☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

   1. Parties to the previous lawsuit

      Plaintiff(s) Russell Geissler

      Defendant(s) Lisa Young, Dennis Bush, B Smith, McLean, Bryan P. Sterling and Washington

   2. Court *(if federal court, name the district; if state court, name the county and State)*

      Florence S.C. US District Court

   3. Docket or index number

      4:17-236-MBS-TER

   4. Name of Judge assigned to your case

      Honorable Judge Thomas E. Rogers III

   5. Approximate date of filing lawsuit

      January 25, 2017

   6. Is the case still pending?

      ☑ Yes

      ☐ No

11

If no, give the approximate date of disposition. _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 26, 2017.

Signature of Plaintiff   *Russell [signature]*
Printed Name of Plaintiff   Russell Geissler
Prison Identification #   349604
Prison Address   386 Redemption Way
                 McCormick         SC.         29899
                 City              State       Zip Code

### B. For Attorneys

Date of signing: _____, 20__.

Signature of Attorney   _____
Printed Name of Attorney   _____
Bar Number   _____
Name of Law Firm   _____

12