UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| RUSSELL GEISSLER, | ) | C/A No. 4:17-1746-MBS-TER |
|---|---|---|
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| BRYAN P. STERLING, LEFFORD FATE, | ) | |
| Defendants. | ) | |

Presently before the court are two motions filed by the Plaintiff entitled "Motion to Request Document Production" and "Plaintiff's Second Request For Document Production." (Docs. #15 and #16). In these motions, Plaintiff requests that Defendants produce certain items for inspection and copying pursuant to Rule 34 of the Federal Rules of Civil Procedure.

Generally, this court does not enter the discovery process, which is governed by the Federal Rules of Civil Procedure. Plaintiff may seek discovery from the Defendants and/or non-parties in accordance with the Federal Rules of Civil Procedure. *See* Rules 26 through 37, 45 generally. Accordingly, Plaintiff's motions for production of documents (docs. #15 and #16) are denied.

IT IS SO ORDERED.

s/Thomas E. Rogers, III
September 1, 2017
Thomas E. Rogers, III
Florence, South Carolina
United States Magistrate Judge