IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Russell Geissler #349604
Plaintiff

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Bryan P. Sterling, Director of Operations S.C.D.C.
Lefford Fate, Director of Medical Sc.D.c.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☑ Yes    ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.    Attach additional pages if needed.

Name    Russell Geisler #349604

All other names by which you have been known:

ID Number    #349604

Current Institution    McCormick Inst.

Address    386 Redemption Way
McCormick S.C 29899

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.    Make sure that the defendant(s) listed below are identical to those contained in the above caption.    For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both.    Attach additional pages if needed.

Defendant No. 1

Name    Bryan P. Sterling
Job or Title    Director of Operations  S.C. D.C.
(if known)
Shield Number
Employer    State of South Carolina
Address    4444 Bromo River Rd.
Columbia S.C. 29810

☑ Individual capacity    ☑ Official capacity

Defendant No. 2

Name    Lefford Fate

| Job or Title (if known) | Director of Medical for S.C.D.C. |
|---|---|
| Shield Number | |
| Employer | South Carolina Dept Corr. Inst. |
| Address | 4444 Broad River Rd. |
| | Columbia S.C. |

☑ Individual capacity          ☑ Official capacity

Defendant No. 3

| Name | |
|---|---|
| Job or Title (if known) | |
| Shield Number | |
| Employer | |
| Address | |

☐ Individual capacity          ☐ Official capacity

Defendant No. 4

| Name | |
|---|---|
| Job or Title (if known) | |
| Shield Number | |
| Employer | |
| Address | |

☐ Individual capacity          ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.  Are you bringing suit against *(check all that apply)*:

☐  Federal officials (a *Bivens* claim)

☑  State or local officials (a § 1983 claim)

B.  Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendments # 5 Deprivation of Life Liberty & property
8th Cruel and Unusual Punishment    14th Due Process
and Equal Protection Violations and the abridgement of privileges
and Immunities of a U.S. Citizen.

C.  Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The Defendants are at all times an Employee
of the South Carolina Dept. of Corrections

## III.  Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

_____

_____

_____

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

These Allegation happened ³ Continue to happen at Every Inst I've been placed while INCARCARATED in the South Carolina Dept of Corr.

C. What date and approximate time did the events giving rise to your claim(s) occur?

The were Confirmed on 1-16-14 yet before to have begun on 2-2-13 please see Exhibit D and A Respectfully

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was diagnoised Hepatitse C positive on 1-16-14 2nd as of this suit have been Continuously denied any type of treatment, Every Medical Nurse and or Doctor

I've seen knows of this Claim in Allendale Kershaw Ridgeland Gilliam Psyc. Hospital Evans Broad River and McCormick Copp Inst Policy #19.09 denies treatment to people who are not in a death state or Massive deterioration

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have been slowly getting sicker (even if unable to tell) do to the disease, Hep C and now it eats away the liver. The treat I need is HARVONI, a pill that will cure this disease in as little as 6 months time. Agin the Medical Director and Bryan P. Stealing have made and or Inforced a policy HS. 19.09 that denies prisoners like myself any type of lifesaving treatment, HARVONI, untill we've deteriorated to a state of Emergency

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

① I want to have permanent injunction changing policy of HS. 19.09 and treatment provided to All Hep C patients ② I want a temporary injunction to begin treatment on my Hep C issues by SCDC. ③ I want Nominal awards of $500 ④ Punitive Damage Awards of $250,000 for there negligance and disregaurd to human life ⑤ I want $350,000 for my health care theyve let deteriorate for over 3½ yrs. Compensentory and All legal debt accumulated

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

They begun at Allendel Corr. Inst. (See exhibit A) and Continue today

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of them

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐   Yes

☐   No

E.    If you did file a grievance:

1.    Where did you file the grievance?   *to Lefford Fate*

*I filed Informal* ~~(crossed out)~~
*I filed Step 1 Grievance to Dennis Bush*
*I filed step 2 to Columbia (No Reply yet)*

2.    What did you claim in your grievance?

*The deprivation of life*
*cruel Unusual punishment*
*Failure to treat Hep C patients equal*
*and the illegal actions of Not treating Me*

3.    What was the result, if any?

*Denied on Informal 3 Step 1*
*Theres been No Reply to Step 2 they*
*told me its Still in Review; over 4mnths*
*ago I filed.*

4.    What steps, if any, did you take to appeal that decision?  Is the grievance process completed?  If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

*No! Its not finished because they arent*
*Replying yet, yes its finished due to time*
*restraints they failed to Abide by*

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

_____

_____

_____

_____

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

_____

_____

_____

_____

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Policy HS. 18.15 levels of CARE states:
Inmates will recive Medically Nesocaary care Throughout their periode of
incarcoaaation untll they Releace Medically Nesacaay includes treatmant needed to

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☑    No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

_____

_____

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐    Yes

☑    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _____

Defendant(s)    _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.    Docket or index number

_____

4.    Name of Judge assigned to your case

_____

5.    Approximate date of filing lawsuit

_____

6.    Is the case still pending?

☐    Yes

☐    No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑  Yes

☐  No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    Russell Geissler

Defendant(s)    Lisa Young, Dennis Bush, B. Smith, McLean, Bryan
P. Sterling and Washington

2.    Court *(if federal court, name the district; if state court, name the county and State)*

Florence S.C. US. District Court

_____

3.    Docket or index number

4:17 - 236 - MBS. TER

4.    Name of Judge assigned to your case

Honorable Judge Thomas E. Rogers III

5.    Approximate date of filing lawsuit

January 25, 2017

6.    Is the case still pending?

☑  Yes

☐  No

If no, give the approximate date of disposition. _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

_____

## IX.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: June 26, 2017.

Signature of Plaintiff _____Russell A._____

Printed Name of Plaintiff _Russell Geissler_

Prison Identification # _349604_

Prison Address _386 Redemption Way_

_McCormick_    _S.C._    _29899_

City    State    Zip Code

### B.    For Attorneys

Date of signing: _____, 20__.

Signature of Attorney _____

Printed Name of Attorney _____

Bar Number _____

Name of Law Firm _____

12

## VII Exhaustion of Remedies PART G Continued:

MAintain and/or prevent deterioration of aN I/m's
health, other than that which would occure due to the Uncontrollable
Progression of a disease or Normal aging process.

## VIII PRIVIOUS LAWSUITES ContinueD:

C. YES

D. Russell Geissler
   v
   State of South CArolina

2. Court.
   Florence S.C. District Courts

3. 4:16-2808-MBS-TER

4. Judge Thomas E. Rogers III

5. 8/10/2016

6.
   NO, 10/26/2016 Dismissed

7. 10/26/2016 Case Dismissed due to WithdRawl by Plaintiff

From: 803 896 1201 KIRKLAND CORRECTIONAL INSTITUTE [803 896 2050]    To: [9,1,803,632-1867]    Time 2/2/2013 3:13:52 AM Page 4 of 22

## KCI LABORATORY
### 4344 BROAD RIVER ROAD
### COLUMBIA, SC 29210
### DIRECTOR - MELANIE M. DAVIS MTASCP
### FINAL SAMPLE REPORT

Page: 1

Patient ID:   349604
Patient Name: GEISLLER, RUSSELL
DOB: 01/14/1984 Sex: M
Comments:

Reported: 02/02/13 02:00
Doctor: THOMAS BYRNE
Location: ALLENDALE

---

Lab No:   13031082   Drawn: 01/30/13 10:35   Tech: NUR   Rec'd: 01/31/13 12:52   Tech: SAH
Comments: NON-FASTING
Comments: ENC #44

---

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE |
|-----------|--------|----------|-------|-----------------|
| *** HEMATOLOGY *** | | | | |
| WBC | 5.8 | | x10^3/uL | 3.3 - 10.5 |
| RBC | 5.20 | | x10^6/uL | 4.35 - 5.90 |
| HGB | 15.4 | | g/dL | 13.7 - 16.7 |
| HCT | 47.5 | | % | 40.5 - 49.7 |
| MCV | 91.2 | | fL | 79.7 - 97.0 |
| MCH | 29.5 | | pg | 26.1 - 33.3 |
| MCHC | 32.4 | | g/dL | 32.2 - 35.0 |
| RDW | 13.2 | | % | 11.0 - 14.6 |
| PLT | 222 | | x10^3/uL | 130 - 400 |
| MPV | 10.1 | | fL | 6.8 - 10.6 |
| *** HEPATIC PROFILE *** | | | | |
| TOTAL PROTEIN | 7.7 | | g/dL | 6.4 - 8.2 |
| ALBUMIN | 5.0 | | g/dL | 3.2 - 5.5 |
| A/G RATIO | 1.9 | | CALC | |
| GLOBULIN | 2.7 | | g/dL | |
| ALK. PHOS. | 82 | | IU/L | 42 - 121 |
| ALT (SGPT) | | 71  H | IU/L | 10 - 60 |
| AST (SGOT) | 36 | | IU/L | 10 - 42 |
| TOTAL BILIRUBIN | 0.70 | | mg/dL | 0.20 - 1.40 |
| *** THERAPEUTIC DRUGS *** | | | | |
| CARBAMAZEPINE | 5.4 | | ug/mL | 4.0 - 12.0 |

Exhibit A

### KCI LABORATORY
4344 BROAD RIVER ROAD
COLUMBIA, SC 29210
DIRECTOR - MELANIE M. DAVIS MTASCP
FINAL SAMPLE REPORT

Page: 1

```
Patient ID:  349604                    Reported: 08/30/13 02:00
Patient Name: GEISLLER, RUSSELL        Doctor: THOMAS BYRNE
DOB: 01/14/1984 Sex: M                 Location: ALLENDALE
Comments:
-------------------------------------------------------------------
Lab No:  13241088   Drawn: 08/29/13 08:30  Tech: NUR  Rec'd: 08/29/13 12:36  Tech: MD
 Comments: NON-FASTING
Comments: ENC 77
-------------------------------------------------------------------
```

| PROCEDURE | NORMAL | ABNORMAL | UNITS | REFERENCE RANGE |
|---|---|---|---|---|
| *** HEMATOLOGY *** | | | | |
| WBC | 5.7 | | x10^3/uL | 3.3 - 10.5 |
| RBC | 4.83 | | x10^6/uL | 4.35 - 5.90 |
| HGB | 14.9 | | g/dL | 13.7 - 16.7 |
| HCT | 43.9 | | % | 40.5 - 49.7 |
| MCV | 90.8 | | fL | 79.7 - 97.0 |
| MCH | 30.8 | | pg | 26.1 - 33.3 |
| MCHC | 34.0 | | g/dL | 32.2 - 35.0 |
| RDW | 11.6 | | % | 11.0 - 14.6 |
| PLT | 183 | | x10^3/uL | 130 - 400 |
| MPV | 9.8 | | fL | 6.8 - 10.6 |
| *** BASIC METABOLIC PROFILE *** | | | | |
| GLUCOSE | 83 | | mg/dL | 70 - 110 |
| BUN | 17 | | mg/dL | 7 - 18 |
| S. CREATININE | 0.92 | | mg/dl | 0.61 - 1.24 |
| eGFR | 97 | | CALC | |
| RESULT SHOULD BE CONSIDERED >60 NOT ACTUAL CALCULATED VALUE | | | | |
| IF PATIENT IS AFRICAN AMERICAN MULTIPLY THE eGFR BY 1.21 | | | | |
| SODIUM | 137 | | mmol/L | 135 - 145 |
| POTASSIUM | 4.2 | | mmol/L | 3.6 - 5.0 |
| CHLORIDE | | 100  L | mmol/L | 101 - 111 |
| CARBON DIOXIDE | 29 | | mmol/L | 21 - 31 |
| ANION GAP | 8 | | RATIO | |
| CALCIUM | 9.5 | | mg/dL | 8.4 - 10.8 |
| *** HEPATIC PROFILE *** | | | | |
| TOTAL PROTEIN | 7.2 | | g/dL | 6.4 - 8.2 |
| ALBUMIN | 4.6 | | g/dL | 3.2 - 5.5 |
| A/G RATIO | 1.8 | | CALC | |
| GLOBULIN | 2.6 | | g/dL | |
| ALK. PHOS. | 74 | | IU/L | 42 - 121 |
| ALT (SGPT) | | 85  H | IU/L | 10 - 60 |
| AST (SGOT) | 35 | | IU/L | 10 - 42 |
| TOTAL BILIRUBIN | 0.50 | | mg/dL | 0.40 - 1.40 |
| *** GENERAL CHEMISTRIES *** | | | | |
| OSMOLALITY | 363.8 | | CALC | |
| *** THERAPEUTIC DRUGS *** | | | | |

Exhibit B

4:17-cv-01746-MBS    Date Filed 10/06/17    Entry Number 39    Page 16 of 28

MDCI880D              SOUTH CAROLINA DEPARTMENT OF CORRECTIONS         08/01/16
OMINMDCA              SCDC HEALTH SERVICES: MEDICAL SUMMARY            C058656

SCDC# 349604    GEISLLER,RUSSELL C                            PAGE    33

CC COUNSELED I/M CONCERNING DECISION MAKING SKILLS AND CONSEQUENCES. I/M ST
ATED THAT HE WOULD "PROBABLY GET WRITTEN-UP ONCE A MONTH 'CAUSE I AIN'T GET
TING OUT OF LOCKUP".I/M LISTENED TO CCC'S FEEDBACK BUT WAS NOT RECEPTIVE. I
/M DENIED ANY S/I OR H/I. I/M DENIED ANY HALLUCINATIONS OR INDICATIONS OF P
SYCHOSIS AT THIS TIME. I/M STATED THAT HE WAS MEDICATION COMPLIANT.I/M STAT
ED THAT HE DID NOT "MIND GETTING MACED".
A: DX: BIPOLAR DISORDER. GAF: 76. I/M APPEARED WELL-ORIENTED WITH APPROPRIA
TE AFFECT. I/M WAS COOPERATIVE AND ATTENTIVE DURING SESSION BUT WAS NOT REC
EPTIVE TO CCC'S FEEDBACK CONCERNING POSITIVE DECISION MAKING. I/M GAVE NO I
NDICATION OF ACUTE EMOTIONAL OR PSYCHOLOGICAL DISTRESS AT THIS TIME AND SMI
LED THROUGHOUT THE SESSION.
P: I/M WILL CONTINUE TO BE FOLLOWED BY MENTAL HEALTH.
SIGNED OFF ON 02/07/14 @ 15:39 BY BRADLEY D BURGESS, HUMAN SERVICES COORD I

** ENCOUNTER:   130 MENTAL HEALTH CLINIC 01/21/14  11:10   KERSHAW          COMP
CCC MONTHLY I/C NOTE.
D: I/M GEISLLER WAS SEEN IN SMU ON 1/17/2014. I/M REPORTED NO RECENT DIFFIC
ULTIES AND STATED THAT HIS MEDICATION IS "HELPING" AND THAT HE IS COMPLIANT
.I/M REPORTED THAT HE HAS TRANSITIONED WELL AND HAS HAD NO DISCIPLINARY WRI
TE-UPS.I/M DID REPORT THAT HE HAS RECENTLY BEEN DIAGNOSED WITH HEP C AND HA
S DISCUSSED IT AT LENGTH WITH THE DOCTORS.I/M STATED THAT HE IS FOLLOWING T
HE MEDICAL INSTRUCTIONS.CCC ADDRESSED HEALTHY COPING SKILLS AND GAVE SUPPOR
TIVE FEEDBACK. I/M WAS RECEPTIVE. I/M DENIED ANY SUICIDAL OR HOMICIDAL IDEA
TIONS.NO REPORTED HALLUCINATIONS.
A: DX: BIPOLAR DISORDER.GAF: 80. I/M WAS WELL-ORIENTED WITH APPROPRIATE AFF
ECT.I/M WAS NEAT IN APPEARANCE AND COOPERATIVE.NO INDICATION OF ACUTE EMOTI
ONAL OR PSYCHOLOGICAL DISTRESS AT THIS TIME.I/M APPEARED STABLE.
P: I/M WILL CONTINUE TO BE FOLLOWED BY MENTAL HEALTH.
SIGNED OFF ON 01/21/14 @ 11:22 BY BRADLEY D BURGESS, HUMAN SERVICES COORD I

** ENCOUNTER:   126 MENTAL HEALTH CLINIC 01/08/14  16:45   KERSHAW          COMP
S-PT SEEN AND EVALUATED. PT TEGRETOL LEVEL WAS LOW BUT ACCORDING TO THE PT
AND C.O HE HASNT HAD ANY PROBLEM WITH HIS TEMPER. THE BIGGEST ISSUE IS AN E
ELEVATION ON HIS TRANSAMINASE SO RIGHFULLY SO MEDICAL ORDER AN HEP C TEST
WE ARE WAITING FOR THE RESULTS, PT HAD MULTIPLE QUESTIONS REGARDING HEP C
AND WE TRIED TO ANSWER IN THE MOST ACCURATE WAY POSSIBLE
PT ADMITTED TO MULTIPLE RISK BEHAVIOR INCLUDING SHARING NEEDLES
WE EMPHASIZED THE NEED TO STAY AWAY FROM SUCH RISK BEHAVIORS, PT UNDERSTOOD
AND AGREED TO WITHELD FROM SUCH BEHAVIORS EVEN IF HE IS HEP C NEGATIVE
0- MSE A0X3 MOOD EUTHYMIC AFFECT BROAD AND ADEQUATE. DENIES ANY SI/HI
GOOD SLEEP AND APPETITE. ADEQUATE ENERGY AND CONCENTRATION
A- BIPOLAR DISORDER NOS BY HX . R/O HEP C
P- RENEW TEGRETOL AND REMERON
CBC, BMP, LFT AND TEGRETOL LEVEL IN 2 WEEKS
RTC 3 MONTHS
CARBAMAZEPINE 200MG TABS (TEGRETOL)
SIG:2 PO BID
SIG:
START DATE: 01/08/14 TOTAL DAYS: 180
MD:PACHECO,JIMMY -

Exhibit C

MDCI880D                 SOUTH CAROLINA DEPARTMENT OF CORRECTIONS        08/01/16
OMINMDCA                 SCDC HEALTH SERVICES: MEDICAL SUMMARY           C058656

SCDC# 349604    GEISLLER,RUSSELL C                                    PAGE   41

     TEG,HBSA, X1 STICK IN RIGHT AC. I/M TOLERATED WELL S ANY COMPLAINTS. BLOOD
     TO BE SENT TO KCI LAB.
     SIGNED OFF ON 01/22/14 @  9:46 BY TERESA D TAYLOR, MEDICAL ASSISTANT TECH I

** ENCOUNTER:   129 NARRATIVE          01/16/14   9:16  KERSHAW           COMP
     MET WITH I/M TO DISCUSS HEPATITIS RESULTS. HE REPORTS HE HAS ENGAGED IN HIG
     H RISK BEHAVIORS AS WELL AS HAD MANY BLOOD TRANSFUSION 30 YRS AGO D/T HEART
      SURGERIES. IS AWARE HE WILL BE HAVING MORE DEFINATIVE LABS AND THAT HEPATI
     TIS NURSE WILL MEET WITH HIM AFTER THAT.
     SIGNED OFF ON 01/16/14 @  9:17 BY DONNA L CAPPADONIA, REGISTERED NURSE I

** ENCOUNTER:   128 BLOOD PRESSURE CLINI 01/16/14   9:12  KERSHAW        COMP
     B/P = 112/ 74  PULSE =  90  WEIGHT = 145
     QUARTERLY HTN CLINIC: PRESCRIBED LISINOPRIL. ADMITS HE MISSED ABOUT A WEEK
     TAKING MEDICATION OVER THE HOLIDAYS SAYING HE WAS DEPRESSED. REPORTS HE IS
     BACK ON SCHEDULE AND HAS STARTED WORKING OUT TO EXERCISE HEART AND BUILD MU
     SCLE. IS RECEIVING HHD AND GETS THIS 100% OF THE TIME. ENCOURAGED TO REQUES
     T REFILL OF MEDICATION A WEEK BEFORE RUNNING OUT TO PREVENT BEING WITHOUT.
     WILL CONTINUE TO ASSESS IN QUARTERLY CLINIC.
     SIGNED OFF ON 01/16/14 @  9:15 BY DONNA L CAPPADONIA, REGISTERED NURSE I

** ENCOUNTER:   127 LAB CLINIC          01/15/14  16:25  KERSHAW         COMP
     LABS 1/8/14
     HCV POSTIVE
     PLEASE INOFROM INMATE
     PLEASE SCHEDUEL A HEPATITIS B SURFACE ANTIBODY
     THOAMS E BYRNE MD
     SIGNED OFF ON 01/15/14 @ 16:26 BY THOMAS E BYRNE, PHYSICIAN II
     HEPATITIS STATUS SHARED WITH I/M. UNDERSTANDS HE WILL RECIEVE ANOTHER LAB T
     EST TO GIVE MORE DEFINATIVE INFORMATION RE MEDICAL STATUS.
     LAB REQ COMPLETED.
     SIGNED OFF ON 01/20/14 @ 10:23 BY DONNA L CAPPADONIA, REGISTERED NURSE I

** ENCOUNTER:   125 LAB CLINIC          01/08/14  10:27  KERSHAW         COMP
     I/M REPORTED TO SMU MEDICAL THIS AM FOR LAB WORK. I/M CONSENTED TO HAVE
     BLOOD DRAWN BY THE UNDERSIGNED. BLOOD DRAWN FOR NON FASTING HEP C,X1 STICK
     IN RIGHT AC/ I/M TOLERATED WELL S ANY COMPLAINTS. BLOOD TO BE SENT TO KCI
     LAB.
     SIGNED OFF ON 01/08/14 @ 10:29 BY TERESA D TAYLOR, MEDICAL ASSISTANT TECH I

** ENCOUNTER:   124 LAB CLINIC          12/31/13  13:45  KERSHAW         COMP
     LABS 12/18/13
     CBC MCHC 35.3 OTW WNL
     CHEM7 WNBL
     LIVER ALT 106 AST 48 OTW WNL
     TEGRETOL 5.1
     ---
     PLEASE DRAW A HEPAITIS C ANTIBODY
     THOMAS E BYRNE MD
     SIGNED OFF ON 12/31/13 @ 13:46 BY THOMAS E BYRNE, PHYSICIAN II

                         Exhibt D

Russell Gossler #349604

SM4 # 94

McCormick Correctional Institute
3886 Redemption Way
McCormick, SC 29039

RECEIVED
USDC CLERK, COLUMBIA, SC

2017 JUN 30  AM 10: 39

Clerk, US District Court
District South Carolina
901 Richland Street
Columbia S.C. 29201

ITEM XPLAYED BY
USMS
6/30/17 6M



QUALITY PARK 9 x 12

LEGAL MAIL
MAIL ROOM

THE DEPARTMENT OF CORRECTIONS HAS NOT
INSPECTED OR CENSORED THIS ITEM; THEREFORE,
THE DEPARTMENT DOES NOT ASSUME RESPONSIBILITY
FOR ITS CONTENTS.

McCORMICK CORRECTIONAL INST.
S.C. DEPARTMENT OF CORRECTIONS

MCCI
MAIL ROOM

JUN 27 2017

12:51:58 Friday, May 19, 2017

```
GRFI100D              SCDC OFFENDER MANAGEMENT SYSTEM              05/19/17
OMGRIEFA              INMATE GRIEVANCE APPLICATION                 SIMMONJ
SCDC #: 349604                   INQUIRE
GEISLLER,RUSSELL C           RACE/SEX: WM   AGE:  33  CURR LOC: MCCORMICK
        PROJ MAXOUT: 04/02/20   PROJ PAROLE: 00/00/00    CURR CUST: ST3

GRIEV LOC: 0211  BRCI          GRIEV NUM: 0064-17     GRIEV TYPE.: G  GENERAL GRIE
GRIEV ISSUE......: ME  MEDICAL                        DATE OCCURRED..: 01/31/17
GRIEV AGAINST....: HL  HEALTH SERVICES STAF           DATE FILED.....: 01/31/17
DESIGNEE RECD...: 02/03/17  *IGC INITIAL: PD          IGC RECEIVED...: 02/07/17
TEXT/REQUESTED ACTION: GRIEV STATES OR RATHER QUOTES POLICY ABOUT CHRONIC TREAT
MENT. IT HE APPEARS HE IS STATING THAT HE IS NOT GETTING CARE FOR HEPATITIS C.
REQ TREATMENT.

                        :END
 *---INSTITUTION-----------|---CENTRAL OFFICE----|
 *ACTION DUE DATE.: 03/24/17  *DUE DT: 06/01/17
 *ACTION DATE.....: 03/03/17  *ACTION: 00/00/00
 HOW RESOLVED....: FORMAL     CURR LEVEL: CENTRAL OFFICE
 INMATE RESPONSE.: APPL       *FINAL DISP:
 APPEAL RECEIVED.: 03/03/17   CREATE  BY: SPEARMAN    DATE: 02/03/17
 *FINAL DISP SERVED: 00/00/00  *UPDATED BY: DOVE      DATE: 03/13/17
 GRIEVANCE INFORMATION DISPLAYED FOR INQUIRY ONLY...
 PFKEY PF3:ADD  PF4:MOD  PF6:AUDIT  PF8:NEXT  PF10:MENU
```

Exhibit E

12:51:44 Friday, May 19, 2017

```
GRFI220D              SCDC OFFENDER MANAGEMENT SYSTEM              05/19/17
OMGRIEFA               INMATE GRIEVANCE APPLICATION               SIMMONJ
                      ALL GRIEVANCES FILED BY AN INMATE

SCDC ID ..> 349604                              LOC..: MCCORMICK
GEISLLER,RUSSELL C
                              GRIEVANCE
 DATE FILED   GRIEVANCE#   ISSUE/AGAINST      GRIEVANCE LEVEL  DISP
√ 02/21/12 KCI  0261-12    UNPROFESSIONAL CONDU INSTITUTION    GRIEVANCE PROCE
                           INST SECURITY/OPERAT
              *END-**
```

RESPONSE:                                    PAGE: 0003

FUNC. KEYS> ENTER:INQUIRE  PF2:MORE PAGES  PF3:ADDGRV  PF4:MODGRV  PF6:AUDIT

SCDC_000409

RECEIVED

**SOUTH CAROLINA DEPARTMENT OF CORRECTIONS**
**REQUEST TO STAFF MEMBER**    F424    MAY 0 1 2017

Exhibit F

| TO:  NAME: | TITLE: | DATE: | MCCI MAIL ROOM |
|---|---|---|---|
| Medical | RN over LABS | 4-29-17 | |

| INMATE'S NAME: | SCDC #: |
|---|---|
| Russell Geissler | 349604 |

| INSTITUTION: | LIVING QUARTERS: |
|---|---|
| M.C.I | SMU #26 |

I'm weiting for my LABS on my Blood work for the Hep C drawl done Ruffly 3wks ago here at SMU

If transfered Please Kios me your Reply !!

**DISPOSITION BY STAFF MEMBER:**

they (Labs) are within normal limits.
You will be re-evaluated again when everyone else does.

| DATE: | SIGNATURE: |
|---|---|
| 5-1-17 | W. Kull RN |

SCDC FORM 19-11 (REV.FEB 2001)

Perry
Quain

Unknown

Perry

Russell Geissler

F5  B-26

HEPC. Policy. Exhibit (G)

G. For inmates not eligible for treatment of Hepatitis C, see HSP 4000.13 for guidelines for monitoring for hepatocellular carcinoma (HCC).

III. Initial Screening for Eligibility for Hepatitis C Treatment **(Note:** any variation from the following protocol will be handled on a case-by-case basis.)

   A. The following criteria must be met before proceeding with any further testing:

      1. The inmate must have a minimum of two years remaining in his/her sentence.

      2. The inmate must be, in the opinion of the individual practitioner, compliant with any current medical treatments.

   + 3. The inmate must have NO drug/alcohol or medication hoarding convictions against them at any time during his/her incarceration. (This includes tobacco as contraband and tattoo-related charges.)

         a. If current charges are pending, hold for the disposition of the disciplinary charge before proceeding with this protocol.

         b. Substance abuse history will be taken into consideration by the treatment team when evaluating inmates for HCV treatment on a case-by-case basis.

      4. The inmate must be counseled regarding

- The risk/benefits of Hepatitis C treatment using Appendix 3. Have the inmate initial and date beside each potential side effect.

- Document informing inmate of what will disqualify him from treatment, such as drug convictions, non-compliance, failed treatment, etc.

- If an inmate refuses treatment, this must be documented in the CRT and a witnessed refusal form signed.

   B. If the inmate meets all of the above criteria, the next step is to evaluate the inmate for serious medical conditions that would be **absolute exclusions** from treatment for Hepatitis C.

   + 1. Severe uncontrolled psychiatric disease, particularly depression with a history of or current suicidal risk.

      2. History of solid organ transplant.

      3. Autoimmune hepatitis.

      4. Decompensated cirrhosis (see Appendix 4). Consult GI clinic for guidance.

      5. CABG or MI in the past 12 months.

   C. **Relative contraindications** to treatment for Hepatitis C are medical or psychiatric conditions that could be addressed, and once stabilized, the inmate could be eligible for Hepatitis C treatment.

      1. HIV infection

      2. Platelet count less than 75k cells/mm$^3$

      3. Absolute neutrophil count (ANC) less than 1500 cells/mm$^3$

      4. Hypothyroidism

      5. Congestive heart failure

      6. Uncontrolled diabetes: inmate with Hb $A_{1c} \geq 7.5$.

- Bryan P. STIRLING
Director of S.C.D.C.
4444 Broad River Rd.
Columbia, SC 29210

- Lefford Fate
Depty Director for Health Services
4444 Broad River Rd.
Columbia, SC ~~29~~ 29210

- Richland Canty Health Dept.
2000 Hampton St.
Columbia, SC 29204

- **We** do not have the
American Correctional Associatio
Standards in the Law Library
materials.

- Waiting to obtain Hepatitis
C Policy H.S. 19.09, will fill
your order when this policy becames
available.

BROAD River LAW Clerk

Note: Also the A.C.A.S quoted in policy
yet UNAVAILABLE to inmates...

Exhibit **H** ↑

EXAMPLE of 19.09 ( UNavailable
TO
INMATES

*Exhibit I*

## SOUTH CAROLINA DEPARTMENT OF CORRECTIONS
## REQUEST TO STAFF MEMBER

| TO:  NAME: *LAW LIBRARY* | TITLE: *CLERK* | DATE: *8·1·17* |
|---|---|---|
| **INMATE'S NAME:** *Russell Geissler* | | **SCDC #:** *349604* |
| **INSTITUTION:** *PERRY* | | **LIVING QUARTERS:** *Q4 - 122 A side* |

*CAN You please send me the Zip Code fur Menomine, WI.*
*And Policy 19.09 Hepatitis C*

*Thank You !!*

**DISPOSITION BY STAFF MEMBER:**

*54751*

*19.09 Not HERE*

| DATE: | SIGNATURE: |
|---|---|

SCDC FORM 19-11 (REV.FEB 2001)



# If 100 People Were Infected with Hepatitis C

## 100 People Infected with HCV



Exhibit J

*Number of People*

✦ **About 55 to 80 people out of 100 who are infected with HCV will develop chronic infection:** The other 20 to 45 people who are infected with Hep C will clear the virus on their own. This is because the immune system of some people is able to fight off the virus naturally.

✦ **About 10 to 20 people who develop chronic infection will have serious disease progression over decades:** Only about 10 to 20 out of the original 100 people exposed to Hep C will develop serious life-threatening illness from Hep C. Hep C usually takes up to 10, 20, 30 or 40 years or longer to make the liver become really damaged.

✦ **About 2-3 people who develop chronic hepatitis C infection will develop liver cancer:** Only 2-3 people develop liver cancer out of the original 100 people exposed to Hep C, which only happens after the liver develops lots of scarring called cirrhosis.

**The key to living well with hepatitis C is to work closely with your doctor or nurse.**

## www.hcvadvocate.org

by Alan Franciscus



HEPATITIS C SUPPORT PROJECT

06/2015