### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF SOUTH CAROLINA
### FLORENCE DIVISION

| | |
|---|---|
| **RUSSELL GEISSLER**, *individually and on behalf of others similarly situated*, <br><br> Plaintiff, <br><br> vs. <br><br> **BRYAN P. STIRLING**, Director of the South Carolina Department of Corrections (SCDC), *in his official capacity*; and **JOHN B. MCREE**, **M.D.**, Division Director of Health and Professional Services for SCDC; **DIVYA AHUJA, M.D.; JAMES GRUBBS, M.D.; AND ANSAL SHAH, M.D.**, *in their individual capacities*, <br><br> Defendants. | Case No.: 4:17-cv-01746-MBS-TER <br><br> **PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (UNOPPOSED)** |

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Russell Geissler moves the Court for leave to file a Third Amended Complaint, a draft copy of which is attached hereto as Exhibit 1.[1] Although titled the Third Amended Complaint, this is the first amendment Plaintiff's counsel has sought to make since filing the post-appointment complaint.

The amended complaint removes three defendants—Drs. Ahuja, Grubbs, and Shah. Based on information collected during the discovery process, it has come to light that these three doctors are not appropriate defendants for Plaintiff Geissler's § 1983 damages claim because they did not exercise or possess decision-making authority with regard to Plaintiff Geissler's HCV treatment, or lack thereof. *See* Exhibit 2, Affidavits of James Grubbs, M.D. and Ansal Shah, M.D.

---

[1] Rule 15 provides that after a responsive pleading is served, "a party may amend the party's pleading only by leave of court . . . and leave shall be freely given when justice so requires." Fed. R. Civ. P. 15.

The amended complaint adds two plaintiffs as additional putative class representatives *for the injunctive claims only*: Bernard Bagley and Willie James Jackson.  Mr. Bagley was born between 1945 and 1965, received a blood transfusion in 1977, and has experienced several symptoms of chronic HCV.  SCDC has repeatedly denied Mr. Bagley's requests to be tested for HCV.  Mr. Jackson was diagnosed with HCV in 2009 while incarcerated in SCDC.  SCDC has repeatedly denied Mr. Jackson's requests for treatment.

The amended complaint maintains the counts in the current complaint, but it adds and modifies allegations to account for information obtained during discovery.  A redlined version of the complaint showing those changes is attached as Exhibit 3.

Counsel for Plaintiff have conferred with counsel for all defendants and are authorized to state that the defendants do not oppose this motion.

Respectfully submitted,

**YARBOROUGH APPLEGATE LLC**

s/ Christopher J. Bryant
David B. Yarborough Jr., Federal ID 7336
david@yarboroughapplegate.com
Christopher J. Bryant, Federal ID 12538
chris@yarboroughapplegate.com
291 East Bay Street, Floor 2
Charleston, SC 29401
(843) 972-0150 office
(843) 277-6691 fax

**RICHARD A. HARPOOTLIAN, P.A.**

Richard A. Harpootlian, Federal ID 1730
rah@harpootlianlaw.com
Christopher P. Kenney, Federal ID 11314
cpk@harpootlianlaw.com

1410 Laurel Street
Post Office Box 1040
Columbia, South Carolina 29202
(803) 252-4848 office
(803) 252-4810 fax

**GUTTMAN, BUSCHNER & BROOKS PLLC**

Reuben A. Guttman*
rguttman@gbblegal.com
Justin S. Brooks*
jbrooks@gbblegal.com
Elizabeth H. Shofner*
lshofner@gbblegal.com
2000 P Street, NW
Suite 300
Washington, D.C. 20036
(202) 800-3001 office

*ATTORNEYS FOR PLAINTIFF*

August 10, 2018
Charleston, South Carolina

* unopposed motion for *pro hac* admission forthcoming

3