**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION**

| | | |
|---|---|---|
| **RUSSELL GEISSLER, BERNARD BAGLEY, AND WILLIE JAMES JACKSON**, *individually and on behalf of others similarly situated*, | ) ) ) ) ) | Case No.: 4:17-cv-01746-MBS |
| Plaintiff, | ) ) | **STIPULATION AND ORDER FOR CLASS CERTIFICATION** |
| v. | ) ) | |
| **BRYAN P. STIRLING**, Director of the South Carolina Department of Corrections (SCDC), *in his official capacity*; and **JOHN B. MCREE, M.D.**, Division Director of Health and Professional Services for SCDC, *in his individual capacity*, | ) ) ) ) ) ) | |
| Defendants. | ) ) ) | |

**WHEREAS**, Plaintiffs filed the Third Amended Complaint in this action on August 21, 2018, alleging, in part, that Defendant Stirling violated the United States Constitution by failing to properly test SCDC inmates for chronic Hepatitis C (HCV) and a proposed class of plaintiff SCDC inmates; and

**WHEREAS**, no admission or finding of liability has been made; and

**WHEREAS**, the parties have agreed to the following terms to certify a plaintiff class for settlement of the HCV testing claim;

**IT IS HEREBY STIPULATED**, by and between the undersigned, as follows:

1.      The Court, upon stipulation by the parties hereto, may order the certification, pursuant to Rule 23(a) and (b)(2) of the Federal Rules of Civil Procedure, the following plaintiff class:

"All current and future inmates in SCDC custody, with the exception of inmates who have already been diagnosed with chronic HCV."

2.      The plaintiff class is so numerous that joinder of all members in impracticable.

3.      There are questions of law or fact common to the class.

4.      The claims or defenses of Plaintiffs Geissler and Bagley, as representative plaintiffs, are typical of the claims or defenses of the class.

5.      Plaintiffs Geissler and Bagley will fairly and adequately protect the interest of the class.

6.      Plaintiffs allege that Defendant Stirling has acted or refused to act on grounds that apply generally to the class, so that final injunctive relief or corresponding declaratory relief is appropriate respecting the class as a whole.

7.      This Stipulation and Order is solely for the purpose of resolving class certification as to the testing issues raised in Plaintiffs' Third Amended Complaint and is without prejudice to the parties' legal and equitable rights and defenses in this action or certification relating to the treatment issues raised in Plaintiffs' Third Amended Complaint.

**[REST OF PAGE INTENTIONALLY BLANK]**

Dated: November 12, 2018
         Charleston, South Carolina

**YARBOROUGH APPLEGATE LLC**

s/ Christopher J. Bryant
David B. Yarborough Jr., Federal ID 7336
david@yarboroughapplegate.com
Christopher J. Bryant, Federal ID 12538
chris@yarboroughapplegate.com
291 East Bay Street, Floor 2
Charleston, SC 29401
(843) 972-0150 office
(843) 277-6691 fax

**GUTTMAN, BUSCHNER & BROOKS PLLC**

Reuben A. Guttman*
rguttman@gbblegal.com
Justin S. Brooks*
jbrooks@gbblegal.com
2000 P Street, NW
Suite 300
Washington, D.C. 20036
(202) 800-3001 office

*ATTORNEYS FOR PLAINTIFFS*

* admitted *pro hac vice*

**SO ORDERED:**

**AIKEN, BRIDGES, ELLIOTT, TYLER & SALEEBY, P.A.**

s/Samuel F. Arthur, III
Samuel F. Arthur III, Federal ID 7070
sfa@aikenbridges.com
J. Rufus Bratton III, Federal ID 10332
PO Drawer 1931
Florence, SC 29503
Telephone: 843.669.8787
Fax: 843.664.0097

*ATTORNEYS FOR DEFENDANT*

December 6, 2018                          s/Margaret B. Seymour
Charleston, SC                           Hon. Margaret B. Seymour
                                         Senior United States District Judge