RECEIVED
USDC CLERK, FLORENCE, SC
2019 FEB 11  AM 10: 20

United States District Court
DISTRICT OF SOUTH CAROLINA

Russel Geisler, Bernard Bagley, Willie James Jackson, Antony Brooks and on behalf of others similarly situated,

V.

Brian Sterling, Director of South Carolina Department of Corrections (SCDC) in his official capacity and John B. McCree MD Division Director of Health and Professional for SCDC ...

Case No: 4:17-CV-1746-MBS

Motion To Appoint counsel and allow Plaintiff ~~███~~ as party to the action AND Objection to consent of Injunctive relief in testing and Hearing of January 29 2019

Your Honor, due to Brian Sterling's policies I'm unable to be tested for Hepatitis B, HIV, Aids or any foreign antigen or Bacteria that causes effects to the immune system. Dr. McCree is following the orders of Brian Sterling and has told me that I will not be tested for any disease and that my max out date is around the corner. If I need treatment that I could get it on the street and that it will not be afforded by SCDC and that if he could he would but SCDC does not allow him to even give vitamins. This was said approximately around October of 2018. I'm having chest pains, I'm spitting up constant mucus out of my chest and at times blood. I'm fatigue and my Bronchial Tubes are inflamed. I have a loss of apetite, vomiting. I have joint pain and I'm light headed, my body is not detoxifying the toxic chemicals out of my body normally and I'm surrounded around sickly people and I'm being denied outside recreational. I'm breathing in recycled air, and the ventelation system is filled of dust and Toxic materials. The cumulative effect has caused a strain on my immune system and Brian Sterling has enforced inhuman conditions on inmates by barricading the windows preventing sunlight to come into the cells causing the body to not recieve sun light, the body's source of energy, without sun light a violation of the ancient sun light doctrine. The body is left to decay, coupled with SCDC's inadequate food diet lacking vitamin (C) and deficient in vitamin E, necessary components to immune system support, and their lack of adequate vitamins on canteen and their denial to allow inmates on canteen restrictions to not buy their sold vitamins that are not F.D.E.A approved along with SCDC "undrinkable" water thats full of chlorine at high volumes and deficient by DHEnC rules and national standards. Puts a strain on the liver to detoxify the chemicals, those acts are exposure to disease and promotion of increased inflamation to weakend organs.

(p01)

Hepatitis can be caused by many drugs and toxic chemicals, but in most instances it is caused by a virus. Viral types A, B, C are the most common. Hepatitis A occurs sporadically or in epidemics and is transmitted primarily through fecal contamination. Hepatitis B is transmitted through infected blood or blood products as well as through sexual contact (the virus is shed in saliva, semen, and vaginal secretion).

Hepatitis C formerly known as hepatitis non A, non B) has a primary route of transmission through blood transfusions (about ten percent of people who recieved blood transfusions developed hepatitis(c) in the past before the blood supply was checked for presence of hepatitis c) However, only four percent of cases of hepatitis c) are now result of transfusions. Most cases are due to intravenous drug use, but the source of other cases of hepatitis c infection is unclear. The mortality rate from hepatitis c (one to twelve percent) is much higher than for the other forms. Other viral causes of hepatitis include hepatitis viruses, D, E, and G, as well as herpes simplex, cytomegalovirus and Epstien-Barr virus.

Diagnostic considerations

Diagnosis is made by the appearance of the typical signs and symptoms along with blood test showing elevation in liver enzymes (enzymes such as SGPT, GGT, S.GIOT and alkaline phosphate leak out into the blood when liver cells are damaged) and the presence of viral antigens (compounds recognized as being foreign to the body, resulting in the formation of antibodies against them) or the antibodies that bind antigens. The type of virus involved is determined by identifying the viral antigens or specific antibodies in the blood. In cases of chronic hepatitis B or C, it is necessary to perform continual blood evaluation to monitor progression or clearence of the infection. In addition to liver enzymes hepatitis c is monitored by the presence of the Hepatitis (c) viral -RNA by [P.C.R]. The higher the level of HCV RNA the more aggressive the chronic infection. Hepatis B. Findings and their meanings see Encyclopedia of Natural medicine addition by michael murry N.D and Joseth Pizzorno, N.D.

Plaintiff submits that SCDC inmates are not being tested for viral antigens that are foreign to the body. As shown testing for Hepatitis takes time. Plaintiff submits that his max out date states April of 2019 and that he moves to be tested by that time and request that the

court grants that he be tested immediately, Applicant submits that S.C.D.C is deliberately indifferent in testing for Hepatitis C or any other desease that cause problems to the immune system if your less then a year of maxout this policy as a whole is denial of a inmates right to adequate treatment, whether it be Hepatitis A, B, C, a viral infection Bronchitis, Pneumonia, cancer, Aids etc and thus counsel shall be appointed to brief these issues on behalf of the Plaintiffs or ~~[redacted]~~ any others situated. Plaintiff submits that his illegally detained due to S.C.D.C's failure to accredit him Jail time credit on both sentences of ~~[redacted]~~ Aiding escape from the custody of officers and NBHbn. of a total of 12 months and that his requested defendant Brian Sterling to accredit him these credits and release him, and defendant Brian Sterling refuses. Plaintiff submits that those actions coupled with Brian Sterling policy to denie Plaintiff screening and Blood Test disables the Plaintiff and others similarly situated to be treated by adequate medical professionals in society, Plaintiff submit that on those requirements he shall be granted counsel. See Ecf 122 P9 2 of 3 counsel for the defendants have confered with Plaintiff's counsel and while they acknowledge MR. Brooks may ultimately be a member of one of the purported classes named Plaintiffs are seeking to represent, as shown Plaintiff has a justifiable claim and request counsel to be represented Just as the others in this case. I swear under penalty and perjury that the foregoing is true and correct this 23rd day of January 2019

Anthony Brooks
ANTHNY BROOKS
MCI
386 Redemption way
McCormick SC 29899

(193)

I hereby certify that Plaintiff has sent the U.S. District Court at PO Box ___ Florence SC ___ by placing a copy of the same in the US Postal Service Box at McCormick Corrections this 23rd day of January, 2019

S/Altomn Brooks
Altomn Brooks 312820
MCI
386 Redemption Way
McCormick SC 29894

To: US District Court
Po Box
Florence sc.

RECEIVED
USDC CLERK, FLORENCE, SC
2019 FEB 11 AM 10: 19

RE. Case # 4:17-cv-1746-MBS
Russel Geisler, Bernard Butler, William James Jackson and Altony Brooks
vs. Briany Sterling SCDC Director, John B. McRee etal

Dear Clerk,
	Enclosed is Plaintiffs motion to appoint counsel. Please have those documents filed. Thank you.

					Sincerely, Altonul Brooks
						Altony Brooks
						MCI
						386 Redemption way
						McCormick, SC 29835

Date: January 23rd 2019