# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| **RUSSELL GEISSLER**, **BERNARD BAGLEY, AND WILLIE JAMES JACKSON**, *individually and on behalf of others similarly situated*,<br><br>    Plaintiff,<br><br>vs.<br><br>**BRYAN P. STIRLING**, Director of the South Carolina Department of Corrections (SCDC), *in his official capacity*; and **JOHN B. MCREE**, **M.D.**, Division Director of Health and Professional Services for SCDC, *in his individual capacity*,<br><br>    Defendants. | Case No.: 4:17-cv-01746-MBS<br><br>**ORDER APPOINTING A MEDIATOR** |

On January 18, 2019, the parties moved jointly to stay the remaining deadlines to provide an opportunity for the parties to reach a global settlement in this case. On February 12, 2019, the Court held a status conference in this case. The two remaining substantive matters in this case (the "Outstanding Issues") are (1) injunctive and declaratory relief for inmates diagnosed with chronic Hepatitis C ("HCV"), and (2) Plaintiff Russell Geissler's individual damages claim. By the parties' agreement, the Court hereby appoints Magistrate Judge Mary Gordon Baker to serve as mediator in this case to help the parties resolve the Outstanding Issues.

Each party shall provide Judge Baker with an individual mediation statement within 7 days of this Order. Judge Baker shall hold a phone conference with the parties within 10 days of receiving the mediation statements from each party. On this call, Judge Baker shall set a date for the parties' in-person meeting, as specified below. At Judge Baker's discretion, she may provide her initial perceptions of the case, to the extent that she deems it may help the parties reach a resolution.

2

Counsel for the parties shall meet in person with Judge Baker at the earliest convenient date, but no later than April 18, 2019.  At least one representative for Defendants with decision-making authority shall attend this meeting.  The parties may also include nonparty individuals such as experts in this meeting.  During this meeting, the parties shall work to resolve the Outstanding Issues.  If necessary, the parties shall meet in person on more than one day.

In the event the parties are unable to reach an agreement on all of the Outstanding Issues by May 17, 2019, the parties shall provide the Court with proposed scheduling orders to address unsettled matters no later than May 24, 2019.

AND IT IS SO ORDERED.

s/Margaret B. Seymour<br>Margaret B. Seymour<br>Senior United States District Judge

March 7, 2019
Charleston, South Carolina