Bernard Bagley
#175851/HD133/KER.CI
4848 Goldmine Hwy.
Kershaw, SC 29067

USDC CLERK, COLUMBIA, SC
RECEIVED
2020 MAY 28 AM 10: 34

May 22, 2020

US District Court
The Hon. Margaret B. Seymour
901 Richland St., Flr. 2
Columbia, SC 29201-2438

RE: Geissler v. Stirling, Case No. 4:17-cv-01746-MBS

Your Honor:

My name is Bernard Bagley, and the third party of the Geissler suit regarding the hepatitis-c testing within the South Carolina Department of Corrections (scdc). Please accept my apology for this ex parte communication, but as of this date I have not heard from Mr. Bryant, Esquire.

With this covid-19 crisis perhaps he have a backlog. Nonetheless, on May 17, 2020, a 64 year old prisoner died here at the kershaw facility from complications of hep-c, in which he had informed several of us that he had the disease. The individual in question refused to take the hep-c test during the period testing was provided. In addition, this same individual worked in the cafeteria handling and preparing the trays for the prisoners. Be that as it may, is there anyway that mandatory testing for hep-c be ordered for all state prisoners within scdc? As well as treatment for the same? Because, myself along with others wonder whether or not we have too be tested again? The individual handled several and prepared trays for me and other prisoners when he worked in the cafeteria.

It's difficult enough trying to protect myself from the covid-19, and now to be concern about the risk of contracting hep-c has become stressful. It's my belief when the court sentenced me, the court did not intend for that sentence to include a great and unforeseen risk of severe illnesses or death brought on by a global pandemic or hepatitis-c.

Your Honor, in essence, I'm respectfully request that you consider to modify your order to have all state prisoners test for hep-c mandatory.

Thank you for considering this matter, and may God continue to bless and keep your family and staff safe during this troubling time.

Sincerely,

Bernard Bagley

cc: Christopher J. Bryant, Esq.